# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAYMOND LOCKHART,<br><br>  Plaintiff,<br><br>  vs.<br><br>Frank Bisignano, COMMISIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:25-cv-00770-SKO<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 9) |

### **ORDER**

Pursuant to the parties' stipulation and unopposed motion, (Doc. 9), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including November 18, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 4), are enlarged accordingly.

IT IS SO ORDERED.

Dated:  **September 12, 2025**          /s/ *Sheila K. Oberto*
                    UNITED STATES MAGISTRATE JUDGE