Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Anthony Raymond Lockhart

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

_____

ANTHONY RAYMOND LOCKHART,

          Plaintiff,

                                 No. 1:25-cv-00770-KES-SKO

-v-

                                 ORDER GRANTING UNOPPOSED
MOTION AND STIPULATION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF

                                 (Doc. 17)

FRANK BISIGNANO,
Commissioner of Social Security,

          Defendant.

----------------------------------------------------------

Before the Court is the Stipulation and Unopposed Motion filed by Plaintiff Anthony Raymond Lockhart for an extension of time to file his Reply Brief.   (Doc. 17.) For good cause shown, the Court hereby GRANTS the request.  It is hereby ORDERED that the Plaintiff has until **January 8, 2026**, to file his Reply Brief.

IT IS SO ORDERED.

Dated:  **December 17, 2025**        /s/ *Sheila K. Oberto*

1

UNITED STATES MAGISTRATE JUDGE