**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY RAYMOND LOCKHART, | Case No. 1:25-cv-00770 KES SKO |
| Plaintiff, | ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S APPEAL AND GRANTING THE COMMISSIONER'S REQUEST TO AFFIRM |
| v. | ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF DEFENDANT FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, AND AGAINST PLAINTIFF ANTHONY RAYMOND LOCKHART |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |
| | Docs. 14, 16, 21 |

Anthony Raymond Lockhart seeks judicial review of the decision denying his applications for a period of disability, disability insurance benefits, and supplemental security income. Docs. 1, 14; *see also* Doc. 8-3 at 18–33. The magistrate judge found the ALJ did not err in evaluating Lockhart's mild mental limitations and identified clear and convincing reasons to reject his subjective complaints. Doc. 21 at 9–18. The magistrate judge concluded that substantial evidence in the record supported the ALJ's decision and recommended that the Court deny Lockhart's appeal and grant the Commissioner's request to affirm. *Id.* at 18–19.

On February 17, 2026, the Court served the findings and recommendations on the parties and notified them that any objections were due within 14 days. Doc. 21 at 19. The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of

1

rights on appeal." *Id*. at 19 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014). Although the Court granted Lockhart an extension of time to March 10, 2026 to file any objections, he did not file objections. *See* Doc. 23.

In accordance with 28 U.S.C. § 636(b)(1), this Court reviewed this matter de novo. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. The Court **ORDERS**:

1. The findings and recommendations dated February 17, 2026 (Doc. 21) are **ADOPTED** in full.

2. Plaintiff's motion for summary judgment (Doc. 14) is **DENIED**.

3. Defendant's request to affirm the administrative decision (Doc. 16) is **GRANTED**.

5. The Clerk of Court is directed to terminate pending motions; to enter judgment in favor of Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Anthony Raymond Lockhart; and to close this case.

IT IS SO ORDERED.

Dated:    March 21, 2026

_____
UNITED STATES DISTRICT JUDGE

2